The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KARA MCCULLOCH DMD MSD PLLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY FORGE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:20-cv-00809-BJR<br><br>**ORDER GRANTING STIPULATED MOTION** |

Having reviewed the parties' Stipulated Motion to Stay, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. The deadline for Defendant to respond to the Complaint is vacated and stayed pending a ruling on Plaintiff's forthcoming motion to consolidate under Fed. R. Civ. P. 42 and LCR 42.

3. Upon resolving Plaintiff's Rule 42 motion, the Court will schedule a status conference to set case deadlines and discuss administration of this matter.

Dated this 23rd day of September, 2020.

_____
Hon. Judge Barbara J. Rothstein