THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WADE K. MARLER, DDS, *et al.*, | NO. 2:20-cv-00616-BJR |
| Plaintiffs, | |
| v. | |
| ASPEN AMERICAN INSURANCE COMPANY, | |
| Defendant. | |
| | |
| KARA MCCULLOCH DMD MSD PLLC, *et al.*, | NO. 2:20-cv-00809-BJR |
| Plaintiffs, | |
| v. | |
| VALLEY FORGE INSURANCE COMPANY, *et al.*, | |
| Defendants. | |
| | |
| CABALLERO, | NO. 3:20-cv-05437-BJR |
| Plaintiff, | |
| v. | |
| MASSACHUSETTS BAY INSURANCE COMPANY, | |
| Defendant. | |

ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION TO RESPOND TO PLAINTIFFS' MOTION TO CERTIFY(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00661-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR) - 1

| | |
|---|---|
| CHORAK, *et al.*, | NO. 2:20-CV-00627-BJR |
| Plaintiffs, | |
| v. | |
| HARTFORD CASUALTY INSURANCE COMPANY, *et al.*, | |
| Defendants. | |
| PACIFIC ENDODONTICS, P.C., *et al*, | NO. 2:20-CV-00620-BJR |
| Plaintiffs, | |
| v. | |
| OHIO CASUALTY INSURANCE COMPANY, *et al.*, | |
| Defendants. | |
| NGUYEN, *et al*, | NO. 2:20-cv-00597-BJR |
| Plaintiffs, | |
| v. | |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, *et al.*, | |
| Defendants. | |
| MARK GERMACK DDS, | NO. 2:20-cv-00661-BJR |
| Plaintiff, | |
| v. | |
| THE DENTISTS INSURANCE COMPANY, | |
| Defendants. | |

ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION TO RESPOND TO PLAINTIFFS' MOTION TO CERTIFY(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00661-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR) - 2

| | |
|---|---|
| LA COCINA DE OAXACA LLC, | NO. 2:20-CV-01176-BJR |
| Plaintiff, | |
| v. | |
| TRI-STATE INSURANCE COMPANY OF MINNESOTA, | |
| Defendant. | |

## ORDER

Having reviewed the Defendants' Unopposed Motion for Extension of Time for Defendants to Respond to Plaintiffs' Motion to Certify Questions to the Washington State Supreme Court, and finding that good cause exists for the requested relief, the Court hereby GRANTS the motion.

IT IS ORDERED that Defendants shall respond to Plaintiffs' Motion to Certify by March 25, 2021.  Plaintiffs shall have fourteen (14) days from the day Defendants' Responses are filed to file their Replies.

DATED this 1st day of March, 2021.

_Barbara J. Rothstein_
Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE